United States District Court
Southern District of Texas
**ENTERED**
May 16, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Michelle Barnes, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-18-126 |
| | § | |
| Teva Women's Health, Inc., | § | |
|     Defendant. | § | |

## O R D E R

In accordance with the Agreed Stipulation of Dismissal filed on May 16, 2019 (docket entry no. 39), this action is hereby **DISMISSED** with prejudice.

**SIGNED** at Houston, Texas, on this 16th day of May, 2019.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE